The Columbus Trust Company, Appellant, v. George Moshier, Respondent.— Judgment, in so far as appealed from, affirmed, with costs, on the opinion of Mr. Justice Burr at Special Term. (Reported in 51 Misc. Rep. 270.) Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ., concurred.

Edward J. Cosgrove, as Administrator, etc., of Thomas Cosgrove, Deceased, Respondent, v. The Murphy Construction Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ.

Des Allemands Lumber Company, Respondent, v. Benjamin G. Hitchings, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Selma Ellefson, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Equitable Manufacturing Company, Appellant, v. H. Bailey Johnson, Respondent.— Judgment of the County Court of Orange county affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Edward Erickson, Respondent, v. Charles G. Peterson, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Daniel M. Gerard, Respondent, v. Mary Maud Von Pustau, Appellant.— Order denying motion to set aside verdict affirmed, with costs. Appeal from order denying reargument of the motion dismissed, without costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Golden Realty Company, Respondent, v. Patrick J. Carlin and Others, Appellants.— Order affirmed by default, with ten dollars costs and disbursements. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Catherina Haggblad, as Administratrix, etc., of John Haggblad, Deceased, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ.

Joseph H. Harkow, Appellant, v. New York City Railway Company, Respondent. (Action No. 13.)—Judgment of the Municipal Court affirmed on argument, with costs, on the authority of *Ketchum* v. *New York City R. Co.* (118 App. Div. 248). Hirschberg, P. J., Woodward, Gaynor and Miller, JJ., concurred; Rich, J., dissented. Leave to appeal to the Court of Appeals granted.

David Harrison, Respondent, v. Henry Reubel, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ., concurred.

Charles W. Hewitt, Respondent, v. Simon Bauman, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the plaintiff cannot maintain an action on a contract which he was prohibited by law from making. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.